**PROB 12A**
**(10/24)**

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Osvaldo Irizarry-Rivera Cr.: 23-01045-001
PACTS #: 7674701

Name of Current Judicial Officer: THE HONORABLE GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE
(Jurisdiction transferred to D/NJ on 12/8/2023)

Date of Original Sentence: 05/18/2010

Original Offense: Count One: 21 U.S.C. §841(a)(1), 846 and 860 Conspiracy to possess with intent to distribute cocaine base within 1000 ft of a public housing, or a public school, or a park, a Class B felony

Original Sentence: 96 months imprisonment, 8 years supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Vocational Services, Search/Seizure, Warn Others

Type of Supervision: Supervised Release Date Supervision Commenced: 07/14/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'the defendant shall enter into an in-patient or outpatient substance abuse treatment program, and shall submit to urinalysis and other testing, the details of such treatment to be arranged by the U.S. probation officer, but the number of urine samples shall not exceed 104 samples a year. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol and/or illegal drugs. The defendant required to contribute to the cost of services rendered (co-payment) in an amount arranged by the U.S. Probation Officer based on the ability to pay or availability of third party payment.'**<br><br>On July 20, 2026, Mr. Irizarry-Rivera reported to the office to submit a urinalysis which was presumptive positive for cocaine. Eva's Village verified that he was tested on July 18, 2026, and results were positive for cocaine. |

U.S. Probation Officer Action:
The undersigned officer went to Eva's Village, where Mr. Irizarry- Rivera resides and receives treatment. While speaking to his counselor she informed the undersigned officer that Mr. Irizarry-Rivera has been compliant with treatment and is involved. When the counselor learned of the recent positive test, she provided the undersigned officer with a copy of the test results indicating the positive result for cocaine. Prior to this, Mr. Irizarry-Rivera was stepped down to outpatient treatment. His counselor will determine how to proceed and will inform the undersigned officer of their plan to address it.

The U.S. Probation Office respectfully requests no Court action at this time to permit the undersigned officer to work with the treatment provider to assist Mr. Irizarry-Rivera to return to a drug free lifestyle.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: KAITLYN R. TERLITZ
U.S. Probation Officer

/ krt

APPROVED:

STEVEN ALFREY Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

August 3, 2026

Date